NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ALTERNATIVE CARBON RESOURCES, LLC,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

2018-1948

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00155-MMS, Chief Judge Margaret M. Sweeney.

Before O'MALLEY, REYNA, and CHEN, *Circuit Judges.*

PER CURIAM.

**O R D E R**

The United States submits a bill of costs. In its opinion issued September 26, 2019, the panel stated that no costs were to be awarded.

Upon consideration thereof,

IT IS ORDERED THAT:

The bill of costs is denied.

FOR THE COURT

October 18, 2019  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court